PD-0893-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/17/2015 1:48:59 PM
Accepted 7/17/2015 4:43:03 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **JIMMY TURNER** | § | |
| Appellant | | |
| | § | |
| **V.** | | **NO. 04-13-00886-CR** |
| | § | |
| **THE STATE OF TEXAS** | | |
| Appellee | § | |

Petition in Cause No. 2031-CR-6595-B and the Court of Appeals for the Fourth District of Texas.

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW Appellant, JIMMY TURNER, and pursuant to Rule 10.1 and Rule 10.5 of the Texas Rules of Appellant Procedure, and files this Motion to Extend Time to File Petition for Discretionary Review. In support of said motion, the Defendant would show as follows:

I.

On June 17, 2015, the Court of Appeals for the Fourth District of Texas affirmed the judgment in Jimmy Turner v. The State of Texas, Cause No. 04-13-00886-CR. This cause had been appealed from the 186th Judicial District of Bexar County, Texas. Trial Court Number 2013-CR-6595-B.

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

II.

The Petition for Discretionary Review is due on July 17, 2015. The Appellant has not requested previous extensions in which to file Petition.

III.

Appellant would show that the following are reasonable explanations for the requested extension:

Appellant is filing a Petition for Discretionary Review Pro Se.

In order to have sufficient time to prepare Petition for Discretionary Review, Appellant would request an extension to file Petition for Discretionary Review to October 7, 2015.

Counsel consulted with the Bexar County Appellate Division and they have no objection to this request.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the court grant this motion and allow Petition for Discretionary Review to be filed on October 7, 2015.

Respectfully submitted,

LAW OFFICE OF PAMELA J. LAKATOS

PAMELA J. LAKATOS
TEXAS BAR CARD #04825600
3191 MEDICAL CENTER DRIVE APT 23105
MCKINNEY, TEXAS 75069
COUNSEL FOR APPELLANT
JIMMY TURNER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to Bexar County District Attorney's Office, via email on July, 17, 2015.

*Pamela J. Lakatos*

PAMELA J. LAKATOS

### AFFIDAVIT OF PAMELA J. LAKATOS IN SUPPORT OF APPELLANT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF

STATE OF TEXAS §

COUNTY OF COLLIN §

BEFORE ME, the undersigned authority, personally appeared PAMELA J. LAKATOS, known to me to be the attorney of record for JIMMY TURNER, in the capacity stated, and who after being duly sworn, deposed and said:

"My name is PAMELA J. LAKATOS. I am over the age of 21 years. I have personal knowledge of every statement herein and am fully competent and authorized to testify to these matters. I am licensed to practice law in the State of Texas. I am the attorney of record for JIMMY TURNER.

"I have read Appellant's Motion for Extension of Time Within Which to File Petition for Discretionary Review, and I swear and affirm that all of the information contained therein is true and correct to my knowledge."

FURTHER AFFIANT SAYETH NOT.

*Pamela J. Lakatos*

PAMELA J. LAKATOS

SUBSCRIBED AND SWORN TO BEFORE ME the undersigned authority on this the 17th day of July 2015.

*Diane Roberts*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

DIANE ROBERTS
Notary Public
STATE OF TEXAS
My Comm. Exp. August 10, 2017